**Exhibit A**

20STCV13085

Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: Michelle Williams Court

Electronically FILED by Superior Court of California, County of Los Angeles on 04/02/2020 05:16 PM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Barel, Deputy Clerk

1   A. Jacob Nalbandyan, Esq.  (SBN 272023)
    jnalbandyan@LNtriallawyers.com
2   Vanoohi Torossian, Esq.  (SBN 328536)
    vtorossian@LNtriallawyers.com
3   **LEVIN & NALBANDYAN, LLP**
4   811 Wilshire Blvd, Suite 800
    Los Angeles, CA  90017
5   Tel: (213) 232-4848
6   Fax: (213) 232-4849

7   Attorneys for Plaintiff,
8   PAULINA CRUZ

9              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10        **FOR THE COUNTY OF LOS ANGELES - CENTRAL DISTRICT**

11

12   PAULINA CRUZ, an individual,          )   Case No.: 20STCV13085
                                            )
13            Plaintiff,                    )   **COMPLAINT FOR DAMAGES**
                                            )
14                                          )   1. **RETALIATION IN VIOLATION OF**
                                            )      **THE CALIFORNIA FAMILY RIGHTS**
15   vs.                                    )      **ACT**
                                            )   2. **DISCRIMINATION IN VIOLATION**
16                                          )      **OF THE CALIFORNIA FAMILY**
                                            )      **RIGHTS ACT**
17   QUEST DIAGNOSTICS CLINICAL             )   3. **DISABILITY DISCRIMINATION IN**
18   LABORATORIES, INC., a Delaware         )      **VIOLATION OF THE FAIR**
     Corporation, and DOES 1 through 20, Inclusive, )  **EMPLOYMENT AND HOUSING ACT**
19                                          )   4. **FAILURE TO PROVIDE**
            Defendants.                     )      **REASONABLE ACCOMMODATIONS**
20                                          )      **IN VIOLATION OF THE FAIR**
                                            )      **EMPLOYMENT AND HOUSING ACT**
21                                          )   5. **FAILURE TO ENGAGE IN A GOOD**
                                            )      **FAITH INTERACTIVE PROCESS IN**
22                                          )      **VIOLATION OF THE FAIR**
                                            )      **EMPLOYMENT AND HOUSING ACT**
23                                          )   6. **RETALIATION IN VIOLATION OF**
                                            )      **THE FAIR EMPLOYMENT AND**
24                                          )      **HOUSING ACT**
                                            )   7. **FAILURE TO PREVENT**
25                                          )      **DISCRIMINATION AND**
26                                          )      **RETALIATION IN VIOLATION OF**
                                            )      **THE FAIR EMPLOYMENT AND**
27
28

L&N File #: 3688                    -1-

**COMPLAINT FOR DAMAGES**



HOUSING ACT

8. **WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY**

**Demand over $25,000**

**DEMAND FOR JURY TRIAL**

PAULINA CRUZ ("Plaintiff") is informed and believes, and thereon alleges, the following:

### PARTIES, VENUE AND JURISDICTION

1.      Plaintiff, at all times relevant to this action, resided in Los Angeles, California.

2.      Defendant QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. ("Defendant") is a Delaware corporation with its principal place of business in Los Angeles, California.

3.      Plaintiff is informed and believes, and thereon alleges that Defendant is engaged in the business of clinical laboratories.

4.      The unlawful acts pleaded herein occurred in Los Angeles County, California.

5.      Venue is proper in Los Angeles County, California pursuant to California Government Code § 12965.

6.      Plaintiff is unaware of the true names and capacities of DOES 1 through 20, inclusive, and therefore sues these defendant by their fictitious name. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained.

7.      At all times relevant to this action, each of the fictitiously named defendants was an employee, agent, servant, partner, member, shareholder, officer, director, co-conspirator, or alter ego of Defendant, and was acting within the course and scope of such agency or employment.

8.      Each of the fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and such defendants directly and proximately caused Plaintiffs' injuries as herein alleged.



L&N File #: 3688

-2-

**COMPLAINT FOR DAMAGES**

9.      Pursuant to CAL. GOV'T CODE §§12960, *et seq*., Plaintiff filed a charge against Defendants with the California Department of Fair Employment and Housing ("DFEH") on March 02, 2019 less than one year from the date of most occurrence. On March 02, 2019, Plaintiff received a Notice of Case Closure and Right to Sue Letter from the DFEH.

## FACTUAL ALLEGATIONS

10.     Plaintiff incorporates, by reference, all allegations in the above paragraphs of this Complaint, as though fully set forth herein.

11.     Plaintiff began her employment with Defendant on or about September 14, 2005, as a driver. She was primarily responsible for picking up blood drawings from hospitals and clinics. Plaintiff worked in this capacity for about fifteen (15) years without incident.

12.     On or about May 30, 2019, Plaintiff was not feeling well while at work, she then, called her supervisor Adalberto Villalobos and let him know that she was going to visit the urgent care during her lunch. Adalberto Villalobos approved the urgent care visit.



13.     Plaintiff visited the urgent care (on or about May 30, 2019) during her lunch break and was diagnosed with chickenpox (aka herpes zoster or shingles). Plaintiff was placed on a leave of absence on or about May 30, 2019 through June 7, 2019. Plaintiff immediately called and notified Adalberto Villalobos, who approved the absence.

14.     On or about June 7, 2019, Plaintiff attempted to return to work, but Adalberto Villalobos asked for a release note from the doctor. Plaintiff called her doctor for the release note, but the doctor did not get back to her right away, therefore, she remained on her leave of absence until the release note was received on or about June 10, 2019. Plaintiff called Adalberto Villalobos right away, and sent in the release note.

15.     Adalberto Villalobos requested Plaintiff to return to work on the following day, on or about June 11, 2019. Plaintiff worked through on or about June 20, 2019 without any incidents.

16.     On or about June 20, 2019, Plaintiff was called into a meeting with Adalberto Villalobos and her manager, Pablo Bertinelli, both informed Plaintiff of her termination due to her disability, despite 15 years of loyal and outstanding service.

L&N File #: 3688                                    -3-

17.     Plaintiff was left embarrassed, ashamed, emotionally hurt, and in financial desperation for having been terminated due to her disability and/or perceived disability and for having been directly discriminated and retaliated against for her disability request/need for reasonable accommodation, and medical leave of absence.

## FIRST CAUSE OF ACTION

## RETALIATION IN VIOLATION OF

## THE CALIFORNIA FAMILY RIGHTS ACT

18.     Plaintiff incorporates, by reference, all allegations in the foregoing paragraphs of this Complaint as though fully set forth herein.

19.     At all times relevant to this action, Plaintiff was employed by Defendant.

20.     At all times relevant to this action, Plaintiff suffered from a serious health condition within the meaning of GOV'T CODE §§ 12945.2(c)(8), et seq.

21.     At all times relevant to this action, Plaintiff is informed, believes, and thereon alleges that Defendant was an employer who regularly employed fifty or more persons within the meaning of CAL. GOV'T CODE §12945.2(b)-(c)(2).

22.     At all times relevant to this action, Plaintiff had more than 12 months of service with Defendant, had worked at least 1,250 hours for Defendant during the previous 12 months, and had taken less than 12 weeks of leave the past 12 month period within the meaning of CAL. GOV'T CODE §12945.2(a).

23.     Defendant unlawfully retaliated against Plaintiff because of her serious health condition and medical leave of absence by terminating her in violation of CAL. GOV'T CODE §§ 12945.2(a), 12945.2(t), and 12945.2(l).

24.     Defendant's decision to terminate Plaintiff was substantially motivated by her serious health condition and medical leave of absence, as previously pled herein.

25.     As a direct and proximate result of Defendant's actions, Plaintiff has suffered and continues to suffer losses in earnings and other benefits, and will for a period of time in the future be unable to obtain gainful employment, as her ability to obtain such employment and earning capacity

L&N File #: 3688

-4-

**COMPLAINT FOR DAMAGES**

1  have been diminished. The exact amount of such expenses and losses is presently unknown, and
2  Plaintiff will seek leave of court to amend this complaint to set forth the exact amount when it is
3  ascertained.

4      26.    As a direct and proximate result of Defendant's conduct, Plaintiff suffered general
5  damages, as she was psychologically injured. Such injuries have caused, and continue to cause Plaintiff
6  great mental pain and suffering, in an amount in excess of this court's minimal jurisdiction.

7      27.    As a direct and proximate result of Defendant's conduct, Plaintiff, for a period of time in
8  the future, will be required to employ physicians and incur additional medical and incidental expenses.
9  The exact amount of such expenses is presently unknown to Plaintiff and she will seek leave of Court to
10  amend this Complaint to set forth the exact amount when it has been ascertained.

11      28.    Plaintiff is informed and believes, and thereon alleges that the employees, officers,
12  directors, and/or managing agents of Defendant acted with malice and oppression, as their unlawful acts
13  were carried out with full knowledge of the extreme risk of injury involved, and with willful and
14  conscious disregard for Plaintiff's rights. They also acted fraudulently, as they willfully concealed the
15  fact that Plaintiff's employment rights were being violated, with the intent to deprive her of employment
16  benefits. Accordingly, an award of punitive damages is warranted.

17      29.    Plaintiff is informed, and believes and thereon alleges that the actions of Defendant's
18  employees, officers, directors, and/or managing agents were undertaken with the prior approval,
19  consent, and authorization of Defendant and were subsequently authorized and ratified by it as well by
20  and through its officers, directors, and/or managing agents.

21

22              **SECOND CAUSE OF ACTION**
23              **DISCRIMINATION IN VIOLATION OF**
24              **THE CALIFORNIA FAMILY RIGHTS ACT**

25      30.    Plaintiff incorporates, by reference, all allegations in the foregoing paragraphs of this
26  Complaint as though fully set forth herein.

27      31.    At all times relevant to this action, Plaintiff was employed by Defendant.

28      32.    At all times relevant to this action, Plaintiff suffered from a serious health condition

L&N File #: 3688                                    -5-

**COMPLAINT FOR DAMAGES**

1 | within the meaning of GOV'T CODE §§ 12945.2(c)(8), et seq.

2      33.    At all times relevant to this action, Plaintiff is informed, believes, and thereon alleges

3 | that Defendant was an employer who regularly employed fifty or more persons within the meaning of

4 | CAL. GOV'T CODE §12945.2(b)-(c)(2).

5      34.    At all times relevant to this action, Plaintiff had more than 12 months of service with

6 | Defendant, had worked at least 1,250 hours for Defendant during the previous 12 months, and had

7 | taken less than 12 weeks of leave the past 12 month period within the meaning of CAL. GOV'T CODE

8 | §12945.2(a).

9      35.    Defendant unlawfully discriminated against Plaintiff because of her serious health

10 | condition and medical leave of absence by terminating her in violation of CAL. GOV'T CODE §§

11 | 12945.2(a), 12945.2(t), and 12945.2(l).

12      36.    Defendant's decision to terminate Plaintiff was substantially motivated by her serious

13 | health condition and medical leave of absence, as previously pled herein.

14      37.    As a direct and proximate result of Defendant's actions, Plaintiff has suffered and

15 | continues to suffer losses in earnings and other benefits, and will for a period of time in the future be

16 | unable to obtain gainful employment, as her ability to obtain such employment and earning capacity

17 | have been diminished. The exact amount of such expenses and losses is presently unknown, and

18 | Plaintiff will seek leave of court to amend this complaint to set forth the exact amount when it is

19 | ascertained.

20      38.    As a direct and proximate result of Defendant's conduct, Plaintiff suffered general

21 | damages, as she was psychologically injured. Such injuries have caused, and continue to cause Plaintiff

22 | great mental pain and suffering, in an amount in excess of this court's minimal jurisdiction.

23      39.    As a direct and proximate result of Defendant's conduct, Plaintiff, for a period of time in

24 | the future, will be required to employ physicians and incur additional medical and incidental expenses.

25 | The exact amount of such expenses is presently unknown to Plaintiff and she will seek leave of Court to

26 | amend this Complaint to set forth the exact amount when it has been ascertained.

27      40.    Plaintiff is informed and believes, and thereon alleges that the employees, officers,

28 | directors, and/or managing agents of Defendant acted with malice and oppression, as their unlawful acts

**COMPLAINT FOR DAMAGES**

1  were carried out with full knowledge of the extreme risk of injury involved, and with willful and

2  conscious disregard for Plaintiff's rights. They also acted fraudulently, as they willfully concealed the

3  fact that Plaintiff's employment rights were being violated, with the intent to deprive her of employment

4  benefits. Accordingly, an award of punitive damages is warranted.

5        41.     Plaintiff is informed, and believes and thereon alleges that the actions of Defendant's

6  employees, officers, directors, and/or managing agents were undertaken with the prior approval,

7  consent, and authorization of Defendant and were subsequently authorized and ratified by it as well by

8  and through its officers, directors, and/or managing agents.

9

10              **THIRD CAUSE OF ACTION**

11       **DISABILITY DISCRIMINATION IN VIOLATION OF**

12         **THE FAIR EMPLOYMENT AND HOUSING ACT**

13       42.     Plaintiff incorporates, by reference, all allegations in the above paragraphs of this

14  Complaint, as though fully set forth herein.

15       43.     At all times relevant to this action, Plaintiff was employed by Defendant.

16       44.     At all times relevant to this action, Defendant were employers who regularly employed

17  five or more persons within the meaning of CAL. GOV'T CODE §12926(d).

18       45.     At all times relevant to this action, Plaintiff was a member of a protected class within

19  the meaning of CAL. GOV'T CODE §§ 12940(a) and 12926(m) because of her disability, perceived

20  disability, and/or history of disability.

21       46.     At all times relevant to this action, Defendant unlawfully discriminated against Plaintiff

22  on the basis of her disability, perceived disability, and/or history of disability by terminating her

23  employment.

24       47.     Defendant was substantially motivated to terminate Plaintiff because of her disability,

25  perceived disability, and/or history of disability.

26       48.     As a direct and proximate result of Defendant's conduct, Plaintiff has suffered and

27  continues to suffer losses in earnings and other benefits and will for a period of time in the future be

28  unable to obtain gainful employment, as her ability to obtain such employment and earning capacity

L&N File #: 3688                        -7-

**COMPLAINT FOR DAMAGES**

1  have been diminished. The exact amount of such expenses and losses is presently unknown, and
2  Plaintiff will seek leave of court to amend this Complaint to set forth the exact amount when it is
3  ascertained.

4        49.     As a direct and proximate result of Defendant' conduct, Plaintiff suffered general
5  damages as she was psychologically injured. Such injuries have caused, and continue to cause, Plaintiff
6  great mental pain and suffering in an amount in excess of this Court's minimal jurisdiction.

7        50.     As a direct and proximate result of Defendant's conduct, Plaintiff, for a period of time
8  in the future, will be required to employ physicians and incur additional medical and incidental
9  expenses.  The exact amount of such expenses is presently unknown to Plaintiff and she will seek
10  leave of court to amend this Complaint to set forth the exact amount when it has been ascertained.

11        51.     Plaintiff is informed and believes, and thereon alleges that the employees, officers,
12  directors, and/or managing agents of Defendant acted with malice and oppression as their unlawful
13  acts were carried out with full knowledge of the extreme risk of injury involved and with willful and
14  conscious disregard for Plaintiff's rights. They also acted fraudulently, as they willfully concealed the
15  fact that Plaintiff's employment rights were being violated, with the intent to deprive her of
16  employment benefits. Accordingly, an award of punitive damages is warranted.

17        52.     Plaintiff is informed and believes, and thereon alleges that the actions of Defendant's
18  employees, officers, directors, and/or managing agents were undertaken with the prior approval,
19  consent, and authorization of Defendant and was subsequently authorized and ratified by them as well
20  by and through its officers, directors, and/or managing agents.

21
22                          **FOURTH CAUSE OF ACTION**
23      **FAILURE TO PROVIDE REASONABLE ACCOMMODATIONS IN VIOLATION OF**
24                 **THE FAIR EMPLOYMENT AND HOUSING ACT**
25        53.     Plaintiff incorporates, by reference, all allegations in the above paragraphs of this
26  Complaint, as though fully set forth herein.
27        54.     At all times relevant to this action, Plaintiff was employed by Defendant.
28        55.     At all times relevant to this action, Defendant was an employer who regularly

L&N File #: 3688                          -8-
                        **COMPLAINT FOR DAMAGES**

1  employed five or more persons within the meaning of CAL. GOV'T CODE §12926(d).

2        56.    At all times relevant to this action, Plaintiff was a member of a protected class within

3  the meaning of CAL. GOV'T CODE § 12926(m) because of her disability, perceived disability, and/or

4  history of disability.

5        57.    At all times relevant to this action, Defendant unlawfully failed to provide Plaintiff

6  reasonable accommodations, in violation of CAL. GOV'T CODE § 12940(m), despite the fact that it had

7  actual and/or constructive knowledge of her disability, need for accommodations, and Plaintiff's actual

8  and/or constructive requests for accommodations.

9        58.    Defendant's failure to accommodate Plaintiff was substantially motivated by her

10  disability, perceived disability, and/or history of disability, as previously pled herein.

11        59.    As a direct and proximate result of Defendants' conduct, Plaintiff has suffered and

12  continues to suffer losses in earnings and other benefits and will for a period of time in the future be

13  unable to obtain gainful employment, as her ability to obtain such employment and earning capacity

14  have been diminished. The exact amount of such expenses and losses is presently unknown, and

15  Plaintiff will seek leave of court to amend this Complaint to set forth the exact amount when it is

16  ascertained.

17        60.    As a direct and proximate result of Defendant's conduct, Plaintiff suffered general

18  damages as she was psychologically injured. Such injuries have caused, and continue to cause, Plaintiff

19  great mental pain and suffering in an amount in excess of this Court's minimal jurisdiction.

20        61.    As a direct and proximate result of Defendant's conduct, Plaintiff, for a period of time

21  in the future, will be required to employ physicians and incur additional medical and incidental

22  expenses.  The exact amount of such expenses is presently unknown to Plaintiff and she will seek

23  leave of court to amend this Complaint to set forth the exact amount when it has been ascertained.

24        62.    Plaintiff is informed and believes, and thereon alleges that the employees, officers,

25  directors, and/or managing agents of Defendant acted with malice and oppression as their unlawful

26  acts were carried out with full knowledge of the extreme risk of injury involved and with willful and

27  conscious disregard for Plaintiff's rights. They also acted fraudulently, as they willfully concealed the

28  fact that Plaintiff's employment rights were being violated, with the intent to deprive her of

L&N File #: 3688

-9-

1  employment benefits. Accordingly, an award of punitive damages is warranted.

2      63.    Plaintiff is informed and believes, and thereon alleges that the actions of Defendant's

3  employees, officers, directors, and/or managing agents were undertaken with the prior approval,

4  consent, and authorization of Defendant and were subsequently authorized and ratified by them as

5  well by and through its officers, directors, and/or managing agents.

6

7  **FIFTH CAUSE OF ACTION**

8  **FAILURE TO ENGAGE IN A GOOD FAITH INTERACTIVE PROCESS IN VIOLATION OF**

9  **THE FAIR EMPLOYMENT AND HOUSING ACT**

10      64.    Plaintiff incorporates, by reference, all allegations in the above paragraphs of this

11  Complaint, as though fully set forth herein.

12      65.    At all times relevant to this action, Plaintiff was employed by Defendant.

13      66.    At all times relevant to this action, Defendant was an employer who regularly

14  employed five or more persons within the meaning of CAL. GOV'T CODE §12926(d).

15      67.    At all times relevant to this action, Plaintiff was a member of a protected class within

16  the meaning of CAL. GOV'T CODE § 12926(m) because of her disability, perceived disability, and/or

17  history of disability.

18      68.    Defendant unlawfully failed to engage in a good-faith, interactive process with Plaintiff

19  to determine effective reasonable accommodations despite the fact that it had actual and/or

20  constructive knowledge of her disability and/or perceived disability, in violation of CAL. GOV'T CODE

21  §§ 12940(n) and 12926.1(e), as previously pled herein.

22      69.    Defendant's failure to engage in a good-faith interactive process with Plaintiff was

23  substantially motivated by her disability, perceived disability, and/or history of disability, as

24  previously pled herein.

25      70.    As a direct and proximate result of Defendants' conduct, Plaintiff has suffered and

26  continues to suffer losses in earnings and other benefits and will for a period of time in the future be

27  unable to obtain gainful employment, as her ability to obtain such employment and earning capacity

28  have been diminished. The exact amount of such expenses and losses is presently unknown, and

**COMPLAINT FOR DAMAGES**

1  Plaintiff will seek leave of court to amend this Complaint to set forth the exact amount when it is
2  ascertained.

3      71.    As a direct and proximate result of Defendant's conduct, Plaintiff suffered general
4  damages as she was psychologically injured. Such injuries have caused, and continue to cause, Plaintiff
5  great mental pain and suffering in an amount in excess of this Court's minimal jurisdiction.

6      72.    As a direct and proximate result of Defendant's conduct, Plaintiff, for a period of time
7  in the future, will be required to employ physicians and incur additional medical and incidental
8  expenses.  The exact amount of such expenses is presently unknown to Plaintiff and she will seek
9  leave of court to amend this Complaint to set forth the exact amount when it has been ascertained.

10     73.    Plaintiff is informed and believes, and thereon alleges that the employees, officers,
11  directors, and/or managing agents of Defendant acted with malice and oppression as their unlawful
12  acts were carried out with full knowledge of the extreme risk of injury involved and with willful and
13  conscious disregard for Plaintiff's rights. They also acted fraudulently, as they willfully concealed the
14  fact that Plaintiff's employment rights were being violated, with the intent to deprive her of
15  employment benefits. Accordingly, an award of punitive damages is warranted.

16     74.    Plaintiff is informed and believes, and thereon alleges that the actions of Defendant's
17  employees, officers, directors, and/or managing agents were undertaken with the prior approval,
18  consent, and authorization of Defendant and was subsequently authorized and ratified by them as well
19  by and through its officers, directors, and/or managing agents.

20

21                    **SIXTH CAUSE OF ACTION**
22  **RETALIATION IN VIOLATION OF THE FAIR EMPLOYMENT AND HOUSING ACT**
23     75.    Plaintiff incorporates, by reference, all allegations in the above paragraphs of this
24  Complaint, as though fully set forth herein.
25     76.    At all times relevant to this action, Plaintiff was employed by Defendant.
26     77.    At all times relevant to this action, CAL. GOV'T CODE §12900 *et seq.* were in full force
27  and effect and were binding upon Defendant. These sections, *inter alia*, require Defendant to refrain
28  from discriminating and retaliating against any employee on the basis of a disability, perceived

L&N File #: 3688                        -11-
                              COMPLAINT FOR DAMAGES

disability, and/or history of disability, requests/need for accommodation, and opposition to conduct related thereto.

78.     Defendant engaged in conduct that, taken as a whole, materially and adversely affected the terms and conditions of Plaintiff's employment.

79.     Plaintiff's assertion of her rights under CAL. GOV'T CODE §12900 *et seq.* was a substantial motivating reason for Defendant's decision to retaliate against her. Defendant's conduct was a substantial factor in causing harm to Plaintiff, as set forth herein.

80.     At all times relevant to this action, Defendant unlawfully retaliated against Plaintiff, in violation of CAL. GOV'T CODE §§ 12940(h) and 12940(m)(2) by terminating her employment.

81.     Defendant's retaliatory termination of Plaintiff's employment was substantially motivated by her disability, perceived disability, and/or history of disability, requests/need for accommodation, and opposition to Defendant's conduct related thereto, as previously pled herein.

82.     As a direct and proximate result of Defendant's conduct, Plaintiff has suffered and continues to suffer losses in earnings and other benefits and will for a period of time in the future be unable to obtain gainful employment, as her ability to obtain such employment and earning capacity have been diminished. The exact amount of such expenses and losses is presently unknown, and Plaintiff will seek leave of court to amend this Complaint to set forth the exact amount when it is ascertained.

83.     As a direct and proximate result of Defendant's conduct, Plaintiff suffered general damages as she was psychologically injured. Such injuries have caused, and continue to cause, Plaintiff great mental pain and suffering in an amount in excess of this Court's minimal jurisdiction.

84.     As a direct and proximate result of Defendant's conduct, Plaintiff, for a period of time in the future, will be required to employ physicians and incur additional medical and incidental expenses.  The exact amount of such expenses is presently unknown to Plaintiff and she will seek leave of court to amend this Complaint to set forth the exact amount when it has been ascertained.

85.     Plaintiff is informed and believes, and thereon alleges that the employees, officers, directors, and/or managing agents of Defendant acted with malice and oppression as their unlawful acts were carried out with full knowledge of the extreme risk of injury involved and with willful and

**COMPLAINT FOR DAMAGES**

1   conscious disregard for Plaintiff's rights. They also acted fraudulently, as they willfully concealed the

2   fact that Plaintiff's employment rights were being violated, with the intent to deprive her of

3   employment benefits. Accordingly, an award of punitive damages is warranted.

4        86.    Plaintiff is informed and believes, and thereon alleges that the actions of Defendant's

5   employees, officers, directors, and/or managing agents were undertaken with the prior approval,

6   consent, and authorization of Defendant and was subsequently authorized and ratified by them as well

7   by and through its officers, directors, and/or managing agents.

8

9   **SEVENTH CAUSE OF ACTION**

10  **FAILURE TO PREVENT DISCRIMINATION AND RETALIATION IN VIOLATION OF**

11  **THE FAIR EMPLOYMENT AND HOUSING ACT**

12       87.    Plaintiff incorporates, by reference, all allegations in the above paragraphs of this

13  Complaint, as though fully set forth herein.

14       88.    At all times relevant to this action, Plaintiff was employed by Defendant.

15       89.    At all times relevant to this action, Defendant were employers who regularly employed

16  five or more persons within the meaning of CAL. GOV'T CODE § 12926(d).

17       90.    At all times relevant to this action, Plaintiff was a member of a protected class within

18  the meaning of CAL. GOV'T CODE §§ 12940(a) and 12926(m) because of her disability, perceived

19  disability, and/or history of disability.

20       91.    At all times relevant to this action, Defendant unlawfully discriminated and retaliated

21  against Plaintiff, as previously alleged, on the basis of her disability, perceived disability, and/or

22  history of disability, requests/need for accommodation, and opposition to related conduct by

23  terminating her employment.

24       92.    Defendant was substantially motivated to terminate Plaintiff because of her disability,

25  perceived disability, and/or history of disability, requests/need for accommodation, and opposition to

26  related conduct, as previously pled herein.

27       93.    Defendant failed to take reasonable steps to prevent the unlawful discrimination and

28  retaliation during Plaintiff's employment, as previously pled, in violation of CAL. GOV'T CODE

L&N File #: 3688

-13-

1  §12940(k), even when management level employees of Defendant became aware of the discriminatory

2  and retaliatory conduct. Instead, Defendant terminated Plaintiff in bad faith.

3       94.    As a direct and proximate result of Defendant's conduct, Plaintiff has suffered and

4  continues to suffer losses in earnings and other benefits and will for a period of time in the future be

5  unable to obtain gainful employment, as her ability to obtain such employment and earning capacity

6  have been diminished. The exact amount of such expenses and losses is presently unknown, and

7  Plaintiff will seek leave of court to amend this Complaint to set forth the exact amount when it is

8  ascertained.

9       95.    As a direct and proximate result of Defendant's conduct, Plaintiff suffered general

10 damages as she was psychologically injured. Such injuries have caused, and continue to cause, Plaintiff

11 great mental pain and suffering in an amount in excess of this Court's minimal jurisdiction.

12      96.    As a direct and proximate result of Defendant's conduct, Plaintiff, for a period of time

13 in the future, will be required to employ physicians and incur additional medical and incidental

14 expenses.  The exact amount of such expenses is presently unknown to Plaintiff and she will seek

15 leave of court to amend this Complaint to set forth the exact amount when it has been ascertained.

16      97.    Plaintiff is informed and believes, and thereon alleges that the employees, officers,

17 directors, and/or managing agents of Defendant acted with malice and oppression as their unlawful

18 acts were carried out with full knowledge of the extreme risk of injury involved and with willful and

19 conscious disregard for Plaintiff's rights. They also acted fraudulently, as they willfully concealed the

20 fact that Plaintiff's employment rights were being violated, with the intent to deprive her of

21 employment benefits. Accordingly, an award of punitive damages is warranted.

22      98.    Plaintiff is informed and believes, and thereon alleges that the actions of Defendant's

23 employees, officers, directors, and/or managing agents were undertaken with the prior approval,

24 consent, and authorization of Defendant and was subsequently authorized and ratified by them as well

25 by and through its officers, directors, and/or managing agents.

26 ///

27 ///

28 ///

1    **EIGHTH CAUSE OF ACTION**

2    **WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY**

3       99.    Plaintiff incorporates, by reference, all allegations in the above paragraphs of this

4    Complaint, as though fully set forth herein.

5       100.    At all times relevant to this action, Plaintiff was employed by Defendant.

6       101.    At all times relevant to this action, CAL. GOV'T CODE §12900 *et seq.* were in full force

7    and effect and were binding upon Defendant. These sections, *inter alia*, require Defendant to refrain

8    from discriminating, retaliating against, or terminating any employee on the basis of a disability,

9    perceived disability, history of disability, request/need for accommodation, serious health condition,

10   medical leave of absence, and/or opposition to conduct related thereto.

11      102.    Defendant's conduct, as previously alleged, was in retaliation for Plaintiff's assertion of

12   rights under CAL. GOV'T CODE §§12900 *et seq.*

13      103.    Plaintiff's assertion of her rights under CAL. GOV'T CODE §§12900 *et seq.* was a

14   substantial motivating reason for Defendant's decision to discriminate, retaliate against, and terminate

15   Plaintiff. Defendant's conduct was a substantial factor in causing harm to Plaintiff as set forth herein.

16      104.    CAL. GOV'T CODE §§12900 *et seq.* evinces a policy that benefits society at large, was

17   well-established at the time of Plaintiff's discharge, and is substantial and fundamental.

18      105.    Defendant's wrongful termination of Plaintiff's employment was substantially

19   motivated by her disability, perceived disability, history of disability, requests/need for

20   accommodation, serious health condition, medical leave of absence, and/or opposition to conduct

21   related thereto.

22      106.    As a direct and proximate result of Defendant's conduct, Plaintiff has suffered and

23   continues to suffer losses in earnings and other benefits and will for a period of time in the future be

24   unable to obtain gainful employment, as her ability to obtain such employment and earning capacity

25   have been diminished. The exact amount of such expenses and losses is presently unknown, and

26   Plaintiff will seek leave of court to amend this Complaint to set forth the exact amount when it is

27   ascertained.

28   ///

L&N File #: 3688                                    -15-

**COMPLAINT FOR DAMAGES**

1     107.    As a direct and proximate result of Defendant's conduct, Plaintiff suffered general

2    damages as she was psychologically injured. Such injuries have caused, and continue to cause, Plaintiff

3    great mental pain and suffering in an amount in excess of this Court's minimal jurisdiction.

4     108.    As a direct and proximate result of Defendant's conduct, Plaintiff, for a period of time

5    in the future, will be required to employ physicians and incur additional medical and incidental

6    expenses. The exact amount of such expenses is presently unknown to Plaintiff and she will seek

7    leave of court to amend this Complaint to set forth the exact amount when it has been ascertained.

8     109.    Plaintiff is informed and believes, and thereon alleges that the employees, officers,

9    directors, and/or managing agents of Defendant acted with malice and oppression as their unlawful

10    acts were carried out with full knowledge of the extreme risk of injury involved and with willful and

11    conscious disregard for Plaintiff's rights. They also acted fraudulently, as they willfully concealed the

12    fact that Plaintiff's employment rights were being violated, with the intent to deprive her of

13    employment benefits. Accordingly, an award of punitive damages is warranted.



14     110.    Plaintiff is informed and believes, and thereon alleges that the actions of Defendant's

15    employees, officers, directors, and/or managing agents were undertaken with the prior approval,

16    consent, and authorization of Defendant and was subsequently authorized and ratified by them as well

17    by and through its officers, directors, and/or managing agents.

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff MARIA PAULINA CRUZ, prays for judgment against Defendant QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., and DOES 1 through 20, as follows:

1.  Past and future economic and non-economic damages according to proof;

2.  Pre-judgment interest, post-judgment interest, costs of suit and attorney's fees according to proof;

3.  Injunctive relief compelling Defendant to reinstate Plaintiff to her previous position, prohibiting Defendant from engaging in similar unlawful conduct as complained of herein, and ordering Defendant to establish effective preventive mechanisms to ensure that the conduct complained of herein does not continue in the future;

4.  Declaratory relief that Defendant's conduct as complained of herein was a violation of Plaintiff's rights;

5.  Punitive damages; and

6.  All other relief that the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all claims as provided by California law.

Dated: April 2, 2020                        **LEVIN & NALBANDYAN, LLP**


By: _____
A. Jacob Nalbandyan, Esq.
Vanoohi Torossian, Esq.
Attorneys for Plaintiff,
PAULINA CRUZ

L&N File #: 3688                               -17-

**COMPLAINT FOR DAMAGES**